In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-261 CR


____________________



RAUL ROBERTO HI, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 90298






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Raul Roberto Hi, to
withdraw his notice of appeal pursuant to Tex. R. App. P. 42.2. The motion is signed by
appellant personally. No opinion has issued in this appeal. The motion is granted and the
appeal is therefore dismissed.

 APPEAL DISMISSED.


 ___________________________

 HOLLIS HORTON

 Justice


Opinion Delivered March 8, 2006

Do Not Publish

Before Gaultney, Kreger, and Horton, JJ.